UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> PROJECT PLAYLIST, INC. <br><br> Defendant. | Civil Action No. 08-CIV-3922-DC <br><br> **ECF CASE** <br><br> PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs submit the following statement identifying their parent corporations and any publicly held corporation owning 10% or more of their stock.

1. Plaintiff Atlantic Recording Corporation is owned by Warner Music Group Corp., which is publicly traded in the United States.

2. Plaintiff Capitol Records, LLC is owned by Maltby Capital Limited, which is not publicly traded.

3. Plaintiff Elektra Entertainment Group Inc. is owned by Warner Music Group Corp., which is publicly traded in the United States.

4. Plaintiff Interscope Records is a subsidiary of Vivendi S.A., a publicly held French company.

5. Plaintiff Motown Record Company, L.P. is a subsidiary of Vivendi S.A., a publicly held French company.

6. Plaintiff Priority Records LLC is owned by Maltby Capital Limited, which is not publicly traded.

7. Plaintiff UMG Recordings is a subsidiary of Vivendi S.A., a publicly held French company.

8. Plaintiff Virgin Records America, Inc. is owned by Maltby Capital Limited, which is not publicly traded.

9. Plaintiff Warner Bros. Records Inc. is owned by Warner Music Group Corp., which is publicly traded in the United States.

Respectfully submitted,

/s/ Eva A. Temkin_____
Gary A. Orseck (application for admission
    *pro hac vice* pending)
Alison C. Barnes (application for admission
    *pro hac vice* pending)
Ariel Lavinbuk (application for admission
    pending)
Eva A. Temkin
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
etemkin@robbinsrussell.com

*Counsel for Plaintiffs*

Dated: April 28, 2008