UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; ) <br> CAPITOL RECORDS, LLC; ELEKTRA ) <br> ENTERTAINMENT GROUP INC.; ) <br> INTERSCOPE RECORDS; MOTOWN RECORD ) <br> COMPANY, L.P.; PRIORITY RECORDS LLC; ) <br> UMG RECORDINGS, INC.; ) <br> VIRGIN RECORDS AMERICA, INC.; and ) <br> WARNER BROS. RECORDS INC., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> PROJECT PLAYLIST, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 08-CIV-3922-DC <br><br> **ECF CASE** <br><br> MOTION TO ADMIT <br> COUNSEL *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon my annexed declaration, I, Eva Temkin, a member in good standing of the bar of this Court, hereby move for an order allowing the admission *pro hac vice* of:

> Gary A. Orseck
> Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
> 1801 K Street, N.W., Suite 411
> Washington, D.C. 20006
> Tel: (202) 775-4500
> Fax: (202) 775-4510

Mr. Orseck is a member in good standing of the bars of the District of Columbia and the states of California and Florida. There are no pending disciplinary proceedings against Mr. Orseck in any State or Federal Court.

Dated: May 22, 2008
Washington, D.C.

Respectfully submitted,

By: /s/ Eva Temkin
Eva Temkin
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>Plaintiffs,<br>v.<br><br>PROJECT PLAYLIST, INC.<br><br>Defendant. | Civil Action No. 08-CIV-3922-DC <br><br> **ECF CASE** |

## DECLARATION OF EVA TEMKIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, EVA TEMKIN, declare as follows:

1. I am an associate at the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Gary A. Orseck as counsel *pro hac vice*.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I am an associate at Mr. Orseck's law firm, Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP.

1

4. Mr. Orseck is a member in good standing of the bars of the District of Columbia and the states of Florida and California. Attached to this declaration as exhibits A, B, and C are certificates issued within the last 30 days indicating that Mr. Orseck is a member in good standing of each of these three bars.

5. Mr. Orseck is a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with, among other things, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the local rules governing practice in this court, and the Judicial Code governing practice in the United States district courts.

6. For the foregoing reasons, I respectfully request the *pro hac vice* admission of Gary A. Orseck.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2008
Washington, D.C.

_____
Eva Temkin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>　　　　　Plaintiffs, <br>v. <br><br>PROJECT PLAYLIST, INC. <br><br>　　　　　Defendant. | Civil Action No. 08-CIV-3922-DC <br><br>**ECF CASE** |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Eva Temkin, attorney for Plaintiffs, and said sponsor attorney's declaration in support, it is

ORDERED that

>Gary A. Orseck
>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
>1801 K Street, N.W., Suite 411
>Washington, D.C. 20006
>Tel: (202) 775-4500
>Fax: (202) 775-4510
>Email: gorseck@robbinsrussell.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac fee to the Clerk of

Court.

      SO ORDERED.

Dated:
New York, New York

                                                                                                                         _____

                                                                                                             United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I caused a copy of the Motion to Admit Counsel *Pro Hac Vice*, the Declaration of Eva Temkin in Support of Motion to Admit Counsel *Pro Hac Vice*, and the Proposed Order for Admission *Pro Hac Vice* to be served on defendant Project Playlist, Inc. by mailing them to:

>   Robert B. Kory and Michelle L. Rice
>   Law Offices of Robert B. Kory
>   9300 Wilshire Blvd., Suite 200
>   Beverly Hills, CA 90212

Dated: May 22, 2008

_____
Eva Temkin

# EXHIBIT A



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

GARY ANDREW ORSECK

was on the 17TH day of JUNE, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 9, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# EXHIBIT B



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida       )

County of Leon        )

                                        In Re:     846015
                                                      Gary Andrew Orseck
                                                      Robbins Russell Englert, et al
                                                      1801 K. St. N.W., Ste. 411-L
                                                      Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 27, 1990.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an inactive member of The Florida Bar.

Dated this  1st  day of May, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLTh2:R12

# EXHIBIT C

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GARY ANDREW ORSECK, #141053 was admitted to the practice of law in this state by the Supreme Court of California on January 13, 1989; that from the date of admission to March 8, 1990, he was an ACTIVE member of the State Bar of California; that on March 8, 1990, he transferred at his request to the INACTIVE status as of January 1, 1990; that he has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

NOTE: Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125 et seq., Business and Professions Code.)