UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>  Plaintiffs, <br> v. <br><br> PROJECT PLAYLIST, INC. <br><br>  Defendant. | Civil Action No. 08-CIV-3922-DC <br><br> **ECF CASE** <br><br> MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon my annexed declaration, I, Eva Temkin, a member in good standing of the bar of this Court, hereby move for an order allowing the admission *pro hac vice* of:

> Alison C. Barnes
> Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
> 1801 K Street, N.W., Suite 411
> Washington, D.C. 20006
> Tel: (202) 775-4500
> Fax: (202) 775-4510

Mrs. Barnes is a member in good standing of the bars of the District of Columbia and the states of California and Florida. There are no pending disciplinary proceedings against Mrs. Barnes in any State or Federal Court.

Dated: May 22, 2008
Washington, D.C.

Respectfully submitted,

By: _____
Eva Temkin
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br> v. <br><br> PROJECT PLAYLIST, INC. <br><br> Defendant. | Civil Action No. 08-CIV-3922-DC <br><br> **ECF CASE** |

# DECLARATION OF EVA TEMKIN IN SUPPORT OF
## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, EVA TEMKIN, declare as follows:

1. I am an associate at the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Alison C. Barnes as counsel *pro hac vice*.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I am an associate at Mrs. Barnes's law firm, Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP.

1

4.  Mrs. Barnes is a member in good standing of the bars of the District of Columbia and the State of Georgia. Attached to this declaration as exhibits A and B are certificates issued within the last 30 days indicating that Mrs. Barnes is a member in good standing of each of these three bars.

5.  Mrs. Barnes is a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with, among other things, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the local rules governing practice in this court, and the Judicial Code governing practice in the United States district courts.

6.  For the foregoing reasons, I respectfully request the *pro hac vice* admission of Alison C. Barnes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2008
Washington, D.C.

Eva Temkin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; ) <br> CAPITOL RECORDS, LLC; ELEKTRA ) <br> ENTERTAINMENT GROUP INC.; ) <br> INTERSCOPE RECORDS; MOTOWN RECORD ) <br> COMPANY, L.P.; PRIORITY RECORDS LLC; ) <br> UMG RECORDINGS, INC.; ) <br> VIRGIN RECORDS AMERICA, INC.; and ) <br> WARNER BROS. RECORDS INC., ) <br>  ) <br> Plaintiffs, ) <br> v. ) <br>  ) <br> PROJECT PLAYLIST, INC. ) <br>  ) <br> Defendant. ) | Civil Action No. 08-CIV-3922-DC <br><br> **ECF CASE** |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Eva Temkin, attorney for Plaintiffs, and said sponsor attorney's declaration in support, it is

ORDERED that

> Alison C. Barnes
> Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
> 1801 K Street, N.W., Suite 411
> Washington, D.C. 20006
> Tel: (202) 775-4500
> Fax: (202) 775-4510
> Email: abarnes@robbinsrussell.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac fee to the Clerk of Court.

    SO ORDERED.

Dated:
New York, New York

                                                    _____
                                                  United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I caused a copy of the Motion to Admit Counsel *Pro Hac Vice*, the Declaration of Eva Temkin in Support of Motion to Admit Counsel *Pro Hac Vice*, and the Proposed Order for Admission *Pro Hac Vice* to be served on defendant Project Playlist, Inc. by mailing them to:

> Robert B. Kory and Michelle L. Rice
> Law Offices of Robert B. Kory
> 9300 Wilshire Blvd., Suite 200
> Beverly Hills, CA 90212

Dated: May 22, 2008

Eva Temkin

# EXHIBIT A



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ALISON C. BARNES

was on the 14TH day of NOVEMBER, 2003 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 9, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
Deputy Clerk

# EXHIBIT B

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Ms. Alison Courtney Barnes
Robbins Russell, et. al.
1801K Street N.W., Suite 411-L
Washington, DC  20006

| | |
|---|---|
| **CURRENT STATUS:** | Inactive Member-Good Standing |
| **DATE OF ADMISSION:** | 11/24/1997 |
| **BAR NUMBER:** | 038549 |
| **TODAY'S DATE:** | May 1, 2008 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435