```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> PROJECT PLAYLIST, INC. <br><br> Defendant. | Civil Action No. 08-CIV-3922-DC <br><br> **ECF CASE** |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Eva Temkin, attorney for Plaintiffs, and said sponsor attorney's declaration in support, it is

ORDERED that

> Gary A. Orseck
> Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
> 1801 K Street, N.W., Suite 411
> Washington, D.C. 20006
> Tel: (202) 775-4500
> Fax: (202) 775-4510
> Email: gorseck@robbinsrussell.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac fee to the Clerk of Court.

SO ORDERED.

Dated: 6/2/08
New York, New York

_____
United States District Judge