Tonia Ouellette Klausner
Joshua Andrew Plaut
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

*Attorneys for Defendant*
*Project Playlist, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORP.; CAPITAL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> PROJECT PLAYLIST, INC., <br><br> Defendant. | ECF Case <br><br><br><br><br><br><br><br> Case No. 1:08-cv-03922-DC <br><br> **NOTICE OF APPEARANCE** <br><br> Document Electronically Filed |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant **Project Playlist, Inc.**

    I certify that I am admitted to practice in this Court.

Date:  June 27, 2008

                                                    s/
                                                    Joshua Andrew Plaut
                                                    WILSON SONSINI GOODRICH & ROSATI
                                                    PROFESSIONAL CORPORATION
                                                    1301 Avenue of the Americas, 40th Floor
                                                    New York, New York  10019
                                                    Tel: (212) 999-5800
                                                    Fax: (212) 999-5899

To:    ALL COUNSEL OF RECORD