Tonia Ouellette Klausner
Joshua Andrew Plaut
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

*Attorneys for Defendant*
*Project Playlist, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORP.; CAPITAL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>　　　　　　　　Plaintiffs, <br><br>　v. <br><br> PROJECT PLAYLIST, INC., <br><br>　　　　　　　　Defendant. | ECF Case <br><br><br><br><br><br><br><br> Case No. 1:08-cv-03922-DC <br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** <br><br> Document Electronically Filed |

       Please take notice that effective September 18, 2006, Wilson Sonsini Goodrich & Rosati, Professional Corporation, Counsel for Project Playlist, Inc., in the above captioned matter (the "Firm") changed its address to:

                Wilson Sonsini Goodrich & Rosati
                Professional Corporation
                1301 Avenue of the Americas, 40th Floor
                New York, New York 10019

    The Firm's telephone number (212-999-5800) and fax number (212-999-5899) did not change.

-2-

Date: June 30, 2008    s/ _____
                          Tonia Ouellette Klausner

                       WILSON SONSINI GOODRICH & ROSATI
                       PROFESSIONAL CORPORATION
                       1301 Avenue of the Americas, 40th Floor
                       New York, New York  10019
                       (212) 999-5800
                       Fax (212) 999-5899

                       *Attorneys for Defendant*
                       *Project Playlist, Inc.*