```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC RECORDING CORPORATION, et al.

Plaintiffs,

v.

PROJECT PLAYLIST, INC.

Defendant.

ECF Case

Civil Action No. 08-CV-03922-(DC)

**ORDER**

**EXTENDING DEFENDANT'S TIME TO ANSWER OR MOVE**

**WHEREAS** Defendant has requested a brief extension of its time to answer or move against the complaint; and

**WHEREAS** Plaintiffs do not oppose Defendant's request;

**IT IS HEREBY ORDERED** that Defendant shall have until July 28, 2008 to either (1) electronically file an Answer to the complaint, or (2) send a pre-motion conference letter by facsimile to the Court and Plaintiffs' counsel setting forth the basis for seeking to file a motion to dismiss such complaint.

SO ORDERED:

_____
Hon. Denny Chin
United States District Judge

7/1/08