```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORP.; CAPITAL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> PROJECT PLAYLIST, INC., <br><br> Defendant. | ECF Case <br><br> Case No. 1:08-cv-03922-DC <br><br> **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Tonia Ouellette Klausner, attorney for defendant Project Playlist, Inc. ("Defendant"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT

| | |
|---|---|
| Applicant's Name: | David H. Kramer |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, P.C. |
| Address: | 650 Page Mill Road |
| City/State/Zip: | Palo Alto, CA 94304 |
| Phone Number: | (650) 493-9300 |
| Fax Number: | (650) 493-6811 |

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password. *Counsel shall pay the pro hac vice fee.*

Dated: July 28, 2008
New York, New York

_____
United States District Judge