# EXHIBIT A



**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

October 27, 2009

**By Electronic Mail**

Mr. Jason Berman
Chairman of the Board
Project Playlist, Inc.

Re:   *Atlantic Recording Corp., et al. v. Project Playlist, Inc.*, No. 08-CV-3922 (DC)

Dear Jay:

As you and I have discussed, at the Court conference in the above-referenced action held last Friday, October 23, 2009, the Court denied our request to stay discovery for an additional thirty days while Project Playlist secures the alternate financing necessary to close the settlement and license agreements with the UMG and Warner plaintiffs. As we also discussed, the Court set a fact and expert discovery deadline of April 16, 2010. We therefore agreed that because of the anticipated cost of that discovery, and the fact that the matter has proven to be more complex (and therefore more protracted and expensive) than Project Playlist and Wilson Sonsini originally anticipated, it would make sense for Project Playlist to retain a smaller, less expensive firm to represent it in the action through the discovery process. To this end, we have agreed: (1) that Wilson Sonsini will seek to withdraw as counsel for Project Playlist in the action with the consent of Project Playlist; and (2) that a smaller law firm with lower billing rates should be retained as soon as possible by Project Playlist to continue the defense of Project Playlist. I had a similar conversation with Robert Kory last Friday.

In order to memorialize that Project Playlist has consented to Wilson Sonsini's withdraw as counsel to it in the above-referenced action, I ask that you please sign this letter in the space provided below.

It has been a pleasure working with you, and I wish Project Playlist the best of luck going forward.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI PC

Tonia Ouellette Klausner

cc: Robert Kory, Esq. (via e-mail)
Mr. Robert Davidorf (via e-mail)

3774869_2.DOC

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Mr. Jason Berman
October 27, 2009
Page 2

    Project Playlist, Inc. hereby knowingly and freely assents to the withdrawal of Wilson Sonsini Goodrich & Rosati, P.C. as counsel for Project Playlist, Inc. in the case of *Atlantic Recording Corp., et al. v. Project Playlist, Inc.*, No. 08-CV-3922 (DC).

PROJECT PLAYLIST, INC.

By: [signature] Jay Berman, Chairman of the Board of Directors

Dated: October 27, 2009