USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/10

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> PROJECT PLAYLIST, INC. <br><br> Defendant. | Civil Action No. 08-CIV-3922-DC <br><br> ECF CASE <br><br> STIPULATION AND ORDER OF DISMISSAL |
| PROJECT PLAYLIST, INC. <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; and UMG RECORDINGS, INC,. <br><br> Counterclaim-Defendants. | |

Plaintiffs and Counterclaim-Defendants, INTERSCOPE RECORDS, MOTOWN RECORD COMPANY, L.P., and UMG RECORDINGS, INC., and Defendant and Counterclaim-Plaintiff, PROJECT PLAYLIST, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims raised in this proceeding, with each party to bear its own fees and costs.

Respectfully submitted this 5th day of ~~April~~ May, 2010.

        ROBBINS, RUSSELL, ENGLERT, ORSECK,
        UNTEREINER & SAUBER LLP

By: _____
    Gary A. Orseck
    *Attorney for Plaintiffs and Counterclaim-Defendants Interscope Records, Motown Records Company, L.P., and UMG Recordings, Inc.*

RAY BECKERMAN PC

By: _____
    Ray Beckerman
    *Attorney for Defendant and Counterclaim-Plaintiff Project Playlist, Inc.*

IT IS SO ORDERED.
Dated: 5/7, 2010

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Circuit